## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2006–1259.   State ex rel. Coles et al. v. Granville.
In Mandamus.

2006–1403.   State ex rel. Ebersole v. Indus. Comm.
Franklin App. No. 05AP–302, 2006-Ohio-3441.

2006–1404.   State ex rel. Barnes v. Indus. Comm.
Franklin App. No. 05AP–298, 2006-Ohio-3082.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 2, 2006*

[Cite as 08/02/2006 Case Announcements, 2006-Ohio-3862.]

## MERIT DECISIONS WITHOUT OPINIONS

2006–0871.   State ex rel. Griffin v. Shapiro.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0887.   State ex rel. King v. Holbrook.
In Mandamus. On motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0929.   Grundstein v. Carroll.
In Mandamus and Prohibition. On S.Ct.Prac.R. X(5) determination, cause dismissed.

RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

MOYER, C.J., dissents and would grant an alternative writ.

2006–0932.   State ex rel. Medlink Group, Inc. v. McDonnell.
In Mandamus. On motion for leave to intervene of Robert Barnes, administrator of the estate of Natalie Barnes, and respondent's motion to dismiss. Motion for leave to intervene granted. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., concur.

O'DONNELL, J., not participating.

2006–0977.   State ex rel. King v. Ohio Dept. of Taxation.
In Mandamus. On respondents' motions to dismiss and relator's motion for leave to amend complaint pursuant to S.Ct.Prac.R. VIII(7) and Civ.R. 15(A). Motion to dismiss granted. Motion for leave to amend denied as moot. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0985.   State ex rel. Ward v. Ohio Adult Parole Auth.
In Mandamus. On answer of respondent and relator's motion for leave to amend complaint pursuant to S.Ct.Prac.R. VIII(7) and Civ.R. 15(A). On S.Ct.Prac.R. X(5) determination, cause dismissed. Motion for leave to amend denied as moot.